# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RONALD A. DOBEK,**

    Plaintiff,

    -vs-                                      **Case No. 16-C-369**

**UNITED STATES OF AMERICA,**

    Defendant.

# DECISION AND ORDER

On March 24, 2016, this Court issued a Decision and Order (ECF No 1) with respect to pro se Defendant Ronald A. Dobek's motion to compel disclosure of grand jury materials for use in preparing a motion for relief pursuant to 28 U.S.C. § 2255. Dobek filed the motion in his criminal case, and he was informed that because he sought the grand jury materials to assist him in overturning his conviction, his motion was a separate civil proceeding. *Id.* (citing *United States v. Antonelli,* 371 F.3d 360, 361 (7th Cir. 2004) (additional citation and parenthetical omitted). Moreover, Dobek was advised that because he is a prisoner and his motion for grand jury materials is a civil action, it is subject to the restrictions that Congress has imposed with respect to civil actions. *See United States v. Campbell*, 294 F.3d 824, 827 (7th Cir. 2002).

Therefore, at the Court's direction, the Clerk of Court opened this

civil action with the Court's Order and various relevant documents Dobek filed in the criminal action. The Court set an April 25, 2016, deadline for Dobek to either (1) pay the $400 filing fee, (2) if unable to afford the fee, to request permission to file his action without prepaying the full fee and submit a certified copy of his prison trust account statement, or (3) inform the Court that he did not want to proceed with the civil action to obtain grand jury materials. To date, Dobek has not responded in any manner to the March Order.

The Court will extend the deadline for Dobek to respond as outlined above to May 31, 2016. Failure to respond to the Court's Order by that date will result in the dismissal of this action without further order of the Court.

**SO ORDERED** at Milwaukee, Wisconsin, this 13th day of May, 2016.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**